IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

GLENN SMOCK,                          )
                                      )
                  Plaintiff,          )
            v.                        )
                                      )   Case No. 1:20-cv-00196
GENERAL MOTORS,                       )
                  Defendant.          )

## NOTICE OF REMOVAL

Defendant General Motors LLC  ("GM" or "Defendant"), hereby notices the removal of this action pursuant to 28 U.S.C. §§ 1331, 1441, and 1446 to the United States District Court for the Northern District of Indiana, and as grounds therefore states:

**I.    Timeliness of Removal**

1.    On or about April 29, 2020, Plaintiff Glenn Smock ("Plaintiff") filed a civil action against Defendant in the Allen County Superior Court No. 3, Docket No. 02D03-2004-PL-000166. Copies of the Summons and Complaint are attached as Exhibit A, as required under 28 U.S.C. § 1446(a).  These are the only process, pleadings, and orders served on Defendant in this action.

2.    Defendant was served with the Complaint no earlier than May 1, 2020, as demonstrated by the postmark on the documents received by Defendant.

3.    Accordingly, Defendant is timely filing this Notice of Removal within 30 days after service of process, as required by 28 U.S.C. § 1446(b).

**II.    Venue**

4.    The Allen County Superior Court No. 3 is located within the Fort Wayne Division of the United States District Court for the Northern District of Indiana.  28 U.S.C. § 94(b)(1).

1

Therefore, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

**III.    Basis for Removal:  Federal Question Jurisdiction**

5.    This action is properly removable under 28 U.S.C. § 1441(a), because the United States District Court has original jurisdiction pursuant to 28 U.S.C. § 1331, which provides that "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

6.    Plaintiff's Complaint alleges that Defendant violated Title VII of the Civil Rights Act ("Title VII"), 42 U.S.C. § 2000e, et seq., and the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12101, et seq., as amended.  (Ex. A)

7.    By asserting claims under federal law, namely, Title VII and the ADA, Plaintiff's Complaint asserts a federal question under 28 U.S.C. §1331.  Accordingly, this case is properly removable under 28 U.S.C. § 1441(a).

**IV.    Conclusion**

8.    In accordance with 28 U.S.C. § 1446, copies of this Notice of Removal will be promptly served upon counsel for all adverse parties and filed with the Clerk of the Allen County Superior Court No. 3.  A copy of Defendant's notice of filing to the state court is attached hereto as Exhibit B.

9.    By removing this matter, Defendant does not waive or intend to waive any defense, including but not limited to insufficiency of process and insufficiency of service of process.

WHEREFORE, Defendant respectfully requests that this Court take jurisdiction of this action and issue all necessary orders and process to remove it from the Allen County Superior Court No. 3 to the United States District Court for the Northern District of Indiana.

Respectfully submitted,

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: _s/ Bonnie L. Martin_
        Bonnie L. Martin, Atty No. 20248-18
        111 Monument Circle, Suite 4600
        Indianapolis, IN  46204
        Telephone: (317) 916-1300
        Facsimile: (317) 916-9076
        *bonnie.martin@ogletree.com*

      Attorney for Defendant

## CERTIFICATE OF SERVICE

      I hereby certify that on May 18, 2020, a copy of the foregoing *Notice of Removal* was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Samuel L. Bolinger, Esq.
803 South Calhoun Street
Suite 300
Fort Wayne, IN  46802
*mark@slblawfirm.org*

        _s/ Bonnie L. Martin_

Bonnie L. Martin, Esq.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN  46204
Telephone:  317.916.1300
Facsimile:  317.916.9076
*bonnie.martin@ogletree.com*

42862496.1

3