| STATE OF INDIANA | ) | IN THE ALLEN SUPERIOR COURT |
| --- | --- | --- |
| | )§: | |
| COUNTY OF ALLEN | ) | CAUSE NO. |

GLENN SMOCK,                )
                            )
    Plaintiff,          )
                            )
vs.                         )
                            )
GENERAL MOTORS,             )
                            )
    Defendant.          )

## COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

This is a complaint for disability discrimination and retaliation pursuant to Title VII of the Civil Rights Act of 1964 as amended and the Americans with Disabilities Act as amended as states:

1. Plaintiff Glenn Smock ("Smock") filed a Charge of Discrimination with the Indiana Civil Rights Commission, a copy of which is attached hereto as Exhibit A.

2. On or about February 11, 2020, the EEOC issued a Notice of Right to Sue which Plaintiff Smock received on February 13, 2020, a copy of which is attached hereto as Exhibit B.

3. This complaint is timely filed.

4. Plaintiff Smock is an adult male resident of Zanesville, Indiana and at all times relevant hereto is employed by Defendant, General Motors ("GM").

5. Defendant, GM is a corporation licensed to operate in Indiana and does so at 1200 Lafayette Center Road, Roanoke, Indiana 46783, and employs Plaintiff. Further it employs more than 300 employees at that location in each and every calendar year and manufactures vehicles and is engaged in interstate commerce and is subject to Title VII

and the ADAA.

6. Plaintiff Smock has a disability.

7. Plaintiff Smock was hired on March 12, 2012 and worked in production.

8. Plaintiff Smock's immediate supervisor is Norris LNV (non-disabled).

9. In 2017, Plaintiff Smock complained of race discrimination after being suspended for thirty (30) days and Michelle Gordon, an African-American female, was suspended three (3) days for a similar situation.

10. Due to medical reasons in 2017, Plaintiff Smock threatened his coworkers and the Defendant GM filed a protective order against Plaintiff Smock.

11. Defendant GM paid Plaintiff Smock's medical insurance until March 2019.

12. On January 3, 2018, Plaintiff Smock apologized for the incident.

13. After Plaintiff Smock was suspended for two (2) years, his employment ended October 31, 2019.

14. Plaintiff Smock applied and was hired by Stratosphere (temporary service for Defendant GM) on March 11, 2019 and terminated on March 13, 2019 due to the protective order against Plaintiff Smock.

15. On March 25, 2019, Plaintiff Smock was not hired due to his background check. Plaintiff Smock applied for a position with Faurecia.

16. Plaintiff Smock alleges that he has been discriminated against due to his disability and retaliated against in not being rehired.

17. Plaintiff Smock alleges he was discriminated against due to his disability and in retaliation for engaging in protected activity in violation of the ADAA and Title VII of

the Civil Rights Act of 1964 as amended.

18. As a result of Defendant GM's conduct, Plaintiff Smock lost his job and job related benefits, suffered embarrassment, humiliation, anxiety, mental stress, and other damages yet to be determined.

WHEREFORE, Plaintiff Glenn Smock seeks compensatory damages, punitive damages, and reasonable attorney's fees and for all other just and proper relief.

## JURY DEMAND

Pursuant to Indiana Trial Rule, Plaintiff Glenn Smock seeks a trial by jury in this cause.

Respectfully submitted,

/s/ Samuel L. Bolinger
Samuel L. Bolinger, #10786-98
803 S. Calhoun St., Ste. 300
Fort Wayne, IN 46802
Tel:   260.407.0040
Fax:  260.407.0039
Email:  mark@slblawfirm.org
Counsel for Plaintiff

02D03-2004-PL-000166     Filed: 4/29/2020 4:08 PM
USDC IN/ND case 1:20-cv-00196-HAB-SLC    document 6    filed 04/29/20    page 4 of 6    Clerk
Allen Superior Court 3     Allen County, Indiana

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA  ☒ EEOC | 470-2020-00176 |

**INDIANA CIVIL RIGHTS COMMISSION** and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| MR. GLENN SMOCK | (260) 431-1701 | 1971 |

Street Address: 11958 N. MARZANE ROAD, ZANESVILLE, IN 46799

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| GENERAL MOTORS | | (260) 673-2534 |

Street Address: 1200 LAFAYETTE CENTER ROAD, ROANOKE, IN 46783

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☐ SEX ☐ RELIGION ☐ NATIONAL ORIGIN
☒ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 06-15-2017   Latest: 10-31-2019
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I have a Disability. I was hired on March 12, 2012 and worked in Production. My immediate supervisor was Norris LNU.

In 2017, I complained of race discrimination after I was suspended for 30 days and Michelle Gordon (African American) was suspended 3 days for a similar situation.
In 2017, due to medical reasons, I threatened my coworkers and the Company filed a protective order against me. The Company paid my medical insurance until March 2019. On 1/3/18, I apologized for the incident. After being suspended for 2 years my employment ended 10/31/19.

I have applied and was hired by Stratosphere on 3/11/19 and terminated 3/13/19. I was told that GM has a protected order against me. I applied for a position with Faurecia. On 3/25/19, I was not hired due to my background check.

I believe that I have been discriminated against due to my disability and in retaliation for engaging in

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

**EXHIBIT A**

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 470-2020-00176 |

**INDIANA CIVIL RIGHTS COMMISSION** and EEOC
*State or local Agency, if any*

protected activity in violation of the Americans with Disability Act, as amended and Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

EEOC Form 161 (11/16)
USDC IN/ND case 1:20-cv-00156-HAB-SLC document 6 filed 04/29/20 page 6 of 6
02D03-2004-PL-000166
Allen Superior Court 3
Filed: 4/29/2020 4:08 PM
Clerk
Allen County, Indiana
JS

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Glenn Smock
11958 N. MARZANE ROAD
ZANESVILLE, IN 46799

From: Indianapolis District Office
101 West Ohio Street
Suite 1900
Indianapolis, IN 46204

[ ] On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))

EEOC Charge No.: 470-2020-00176
EEOC Representative: Marc A. Fishback, Enforcement Supervisor
Telephone No.: (463) 999-1179

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

- [ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.
- [ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.
- [ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.
- [ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge
- [X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.
- [ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.
- [ ] Other (briefly state)

- NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

On behalf of the Commission

_Michelle Eisele,_
_District Director_

FEB 11 2020
(Date Mailed)

Enclosures(s)

cc:
R. Gillum
JACKSON LEWIS LLP
2000 Town Center
Suite 1650
Southfield, MI 48075

**EXHIBIT B**