IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| GLENN SMOCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO.: 1:20-cv-00196-HAB-SLC |
| | ) |
| GENERAL MOTORS, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties, by counsel, stipulate and agree to the dismissal with prejudice of all claims in this lawsuit, with each party to bear his or its own costs and attorneys' fees.

Dated: January 14, 2022.

Respectfully submitted,

/s/ *Samuel L. Bolinger (w/ consent)*
Samuel L. Bolinger, IN 10786-98
803 South Calhoun Street
Suite 300
Fort Wayne, IN 46802
Telephone: 260.407.0040
Facsimile: 260.407.0039
*mark@slblawfirm.org*

Attorney for Plaintiff
Glenn Smock

/s/ *Christina M. Kamelhair*
Bonnie L. Martin, IN 20248-18
Christina M. Kamelhair, IN 32457-49
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
111 Monument Circle, Suite 4600
Indianapolis, IN 46204
Telephone: 317.916.1300
Facsimile: 317.916.9076
*bonnie.martin@ogletree.com*
*christina.kamelhair@ogletree.com*

Attorneys for Defendant
General Motors LLC

## CERTIFICATE OF SERVICE

    I hereby certify that on January 14, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Samuel L. Bolinger, Esq.<br>
803 South Calhoun Street, Suite 300<br>
Fort Wayne, IN  46802<br>
*mark@slblawfirm.org*

        *s/ Christina M. Kamelhair*